UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEGATEL HOMES LLC et al., | § § § § § § § § § § | |
| *Plaintiffs,* | | |
| v. | | Civil Action No. 3:22-CV-1715-X |
| CRYSTAL LAGOONS US CORP et al., | | |
| *Defendants.* | | |

# **MEDIATION ORDER**

The Court has considered the parties' *Joint Report Regarding Designation of Mediator* [Doc. No. 21], and it sets the following guidelines for this case's mediation.

The parties shall mediate their case before Will Pryor. Mediation shall occur by December 1, 2023. The reason for this deadline is that mediation would be most valuable after the parties have completed most (if not all) of discovery but before they prepare dispositive motions. Of course, the parties are encouraged to mediate any time before this deadline—or to even mediate again after this deadline—if they anticipate it will be beneficial. Counsels shall confer and file a joint report setting forth the status of settlement negotiations by December 8, 2023.

Mediation does not always resolve a dispute. But the goal is to attempt to resolve this matter expeditiously so that the parties are benefited and their fellow taxpayers are honored. And so, this Court expects counsels and the parties to take all necessary steps to ensure that their mediation is stewarded well.

**IT IS SO ORDERED** this 3rd day of February, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE