IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MEGATEL HOMES, LLC and ZACH IPOUR, | § § § | |
| Plaintiffs, | § § | Civil Action No. 3:22-CV-1715 |
| v. | § § | |
| CRYSTAL LAGOONS U.S. CORP, | § § | |
| Defendant. | § § | |

## PLAINTIFFS' EXPERT DISCLOSURES

TO: Crystal Lagoons US Corp by and through its attorneys of record, Richard Anigian and J. Wilson Miller, Haynes and Boone, LLP 2323 Victory Ave., Ste. 700, Dallas, Texas 75219.

Plaintiffs Megatel Homes, LLC and Zach Ipour, pursuant to Federal Rule of Civil Procedure 26(a)(2), disclose the following:

A. Identity of Experts

1. Plaintiffs may use the following persons at trial to present evidence under Federal Rule of Evidence 702, 703, or 705:

   1. Randy Gordon
      Duane Morris, LLP
      2817 University Boulevard
      Dallas, TX 75205
      (214) 257-7212

B. Information from Retained Experts

2. The following persons are those whom Plaintiff has retained or specially employed to provide expert testimony:

a) Randy Gordon – Mr. Gordon will testify regarding the reasonable and necessary attorney's fees incurred in this litigation. Mr. Gordon will testify that the hourly rates charged are a reasonable rate for attorneys with the relevant experience and skill and for matters of this complexity. Mr. Gordon's CV is attached hereto.

Dated: March 17, 2023

Respectfully submitted,

By: */s/ David M. Jones*
David M. Jones
State Bar No. 24042684
DAVID JONES LAW, P.C.
1701 W. Northwest Hwy, Suite 100
Grapevine, Texas 76051
Telephone: (817) 305-0618
Facsimile:  (817) 796-2720
E-mail: djones@dmjlawfirm.com

*Counsel for Plaintiffs Megatel Homes, LLC and*

# CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2023, a true and correct copy of the above and foregoing was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ David M. Jones*
David M. Jones

# EXHIBIT A

**Randy Gordon—Biography**

Education:  Ph.D. (Law), University of Edinburgh; LL.M., Columbia University; J.D., Washburn University; Ph.D. (English), M.A., B.A., University of Kansas

Professional Background:  Randy Gordon is a Founding Managing Partner of the Dallas and Fort Worth offices of Duane Morris LLP, where he focuses on antitrust, RICO, class-action, and university-related matters.  His professional activities include service as Past Chair of the State Bar of Texas Antitrust Section, a member of the Competition Torts Committee of the Antitrust Section of the ABA, and an elected member of both the WS Society and the American Law Institute.  He has been recognized in antitrust law by Chambers & Partners, Best Lawyers in America, Global Competition Review 100, Who's Who Legal, and Super Lawyers and is an Inaugural Member of the Texas Million Dollar Verdict Hall of Fame.  He also routinely offers public commentary on antitrust, RICO, and class action matters (Chicago Tribune, The Economist, Rolling Stone).

Educational Affiliations:  Randy is an Executive Professor of Law and History and was a Faculty Fellow in the School of Innovation at Texas A&M University, a past Faculty Fellow of the Institute for Advanced Studies at the University of Edinburgh, a former adjunct at SMU, and a Fellow of the Dallas Institute.  He has also served as an Advisory Board Member of the College of LA&S, the Hall Center for the Humanities, and the Spencer Museum of Art at KU and as a Key Collaborator in the Beyond Text project at the University of Edinburgh.

Publications:  Randy is a frequent lecturer and writer.  (See SSRN page).  *The Performance of Law: Everyday Lawyering at the Intersection of Advocacy and Imagination* was published in 2022 by Routledge; *Rehumanizing Law: A Theory of Law and Democracy* was published in 2011 by the U of Toronto Press; book chapters on legal theory were recently published by Ashgate and Springer.  He has law-review articles published in journals of California, Cambridge, Columbia, Florida, Loyola, Marquette, Nevada, Ohio State, Penn, San Francisco, SMU, Southwestern, Suffolk, Tulane, and Vermont.  Randy's RICO articles are routinely cited as authority by courts, commentators and practitioners, including in pattern jury instructions, leading law reviews (e.g., Columbia, Harvard, NYU, and Yale), and briefs in cases before the US Supreme Court (e.g., Anza, Bank of China, and Bridge).

# RANDY D. GORDON

2817 University Boulevard | Dallas, TX 75205
(214) 236-8723 (Cell) | (817) 312-3941 (A&M Law School)
(214) 257-7212 (Duane Morris)
RDGordon@duanemorris.com | rdgordon@law.tamu.edu
rdgordon1955@gmail.com | rdg34@columbia.edu
Date of Birth: May 19, 1955
[SSRN Page](#)

## EDUCATION

**University of Edinburgh**                                                                                                        Edinburgh, Scotland
Ph.D. (Law) | Emphasis: Legal Theory
- Nominated for and Awarded IASH Faculty Fellowship
- Dissertation Advisors: Zenon Bankowski; Neil MacCormick

**Columbia Law School**                                                                                                            New York, New York
LL.M. | Emphases: Int'l & Comp. Law; Legal Philosophy
- Parker School Honors in Int'l & Foreign Law

**Washburn University School of Law**                                                                                              Topeka, Kansas
J.D.
- Honors: Cum Laude; ΦΚΦ
- Law Journal Editor

**The University of Kansas**                                                                                                       Lawrence, Kansas
Ph.D. (English) | Emphases: Critical Theory & Drama
- Dissertation Advisor: G. Douglas Atkins
- Honors: Final Oral Exam; Haglund Dissertation Prize

M.A. (English)
B.A. (English)

## PROFESSIONAL BACKGROUND

### Legal Experience

**Duane Morris, LLP**                                                                                                              Dallas, Texas
Office Managing Partner                                                                                                        February 2021 – Present
- Founding Office Managing Partner of Dallas and Fort Worth offices of AmLaw 100, international firm
- Practice focuses on complex litigation, principally antitrust/competition law, class actions and RICO
- Counsel clients in over two dozen industries on the antitrust implications of transactions and distribution plans
- Former General Counsel of a global trade association serving the semiconductor industry

- Currently lead attorney for a major research university in international products-liability litigation
- Currently lead attorney for a top Texas homebuilder in civil RICO litigation
- Member of the Duane Morris Diversity, Equity, and Inclusion Committee

**Barnes & Thornburg LLP**                                                                              Dallas, Texas
Capital Partner                                                              January 2019 – February 2021; 2015
Co-Chair, Antitrust & Competition Law Practice Group
- Founding Partner of Dallas office of AmLaw 100, multi-office firm
- Practice focused on complex litigation, principally antitrust, class actions and RICO

**Crowe & Dunlevy**                                                                                     Dallas, Texas
Shareholder and Director                                                      September 2017 – December 2019
- Founding Shareholder and Managing Director of the firm's Dallas office and a member of the Antitrust, Appellate, Litigation & Trial and Product Liability Practice Groups
- Practice focused on complex litigation, principally antitrust/competition law, class actions and RICO

**Gardere Wynne Sewell LLP (now Foley & Lardner LLP)**                                         Dallas, Texas
Equity Partner–Trial/Antitrust                                                  September 1995 – August 2017
Chair–Antitrust and Trade Regulation Practice
- Member of Trial Section and Chair of Antitrust Group of AmLaw 200, multi-office firm
- As the Firm's first Professional Development Partner (2003-08) duties included firm-wide (1) design and implementation of curriculum, (2) budget oversight, and (3) supervision of training and development staff.  This was a management-level position reporting to the Managing Partner and the Chief Operating Partner

**Crowe & Dunlevy**                                                                          Oklahoma City, Oklahoma
Associate                                                                              May 1992 – September 1995

**Kansas Court of Appeals**                                                                           Topeka, Kansas
Intern for the Honorable Gary W. Rulon                                                                  1991 Term

**Kansas Legislature**                                                                                Topeka, Kansas
Intern for the Honorable Jeff Freeman                                                                1991 Session


**Higher Education Experience**

*Teaching*

**Texas A&M University School of Law**                                                            Fort Worth, Texas
Executive Professor
- Joint appointment as Executive Professor in Department of History
- Supervise undergraduate research; recent thesis received Henry Jameson Prize and Undergraduate Research Scholars Outstanding Thesis Award
- Active participant in faculty governance, committee work, and main-campus liaison activities

- Teaching responsibilities include core (1L Torts, Evidence, and Constitutional Law) and upper-level (antitrust and legal philosophy) courses, as well as multiple directed studies; designed and led field trip to Aberdeen, Scotland and co-taught related on-campus seminar
- Member of Career Services and Extern Advisory & Oversight Committee; Tier One Program (TOPS Grant) Selection Committee
- Member of the Association of Former Students Distinguished Achievement Award Selection Committee
- Taught in and recruited for San Antonio MJur program

**Texas A&M University School of Innovation**                                                College Station, Texas
Former Faculty Fellow
- Assisted in program design and research commercialization efforts
- Liaison to Liberal Arts constituencies

**Southern Methodist University**                                                                        Dallas, Texas
Adjunct Professor of Law & Lecturer in English
- Dedman School of Law Courses:
    - Problems in Private Antitrust Litigation
    - How Lawyers See the World: Theories of Legal Interpretation, Justification and Institutionalization
- Master of Liberal Arts Courses:
    - Literature of the Great Plains:  A Study in Environment
    - Law and Literature:  Parallel Interpretive Strategies
    - Marcel Proust and the Modern Tradition:  Literature, Philosophy, Art
    - Americans in Paris:  The Lost Generation and Its Milieu
    - Discovering Proust:  Swann's Way and the Texture of Memory

**Dallas Institute of Humanities & Culture**                                                         Dallas, Texas
Fellow
- Courses include:
    - Reconstructing the Past:  Harper Lee's To Kill a Mockingbird and Go Set a Watchman
    - Existentialism Represented:  Literature, Philosophy, Film
    - Great Plains, Deep South:  Like and Unlike
    - Americans in Paris
    - Swann's Way:  An Introduction to Proust

**The University of Kansas**                                                                             Lawrence, Kansas
GTA and Lecturer                                                                                                 1988 – 1992
- Taught two sections of undergraduate English per semester
- Pedagogical training included a two-semester teaching practicum
- Courses taught:
    - Law and Literature: Parallel Interpretive Strategies
    - Protest Literature
    - Introduction to the Drama
    - Composition and Literature
    - Composition

**Washburn University**                                                                                Topeka, Kansas
Adjunct Instructor                                                                                        Spring 1989

- Taught Advanced Composition and Business and Technical Writing

### *University and Related Leadership*

- Elected Member, American Law Institute (Member Constituency Groups: Restatement 3d: Aggregate Litigation; International Commercial Arbitration; Project on Sexual and Gender-Based Misconduct on Campus)

- Key Collaborator, *Beyond Text in Legal Education*, a project of the University of Edinburgh (Beyond Text site)

- Member, Founding Dedman College (SMU) Interdisciplinary Committee

- The University of North Texas System–Advisor to Chancellor Lee Jackson (Dallas Law School project); Invited Member, Founders Board, UNT School of Law (declined); Member, Founding Dean Search Committee

- Invited Member, ABA Law School Accreditation Site Evaluation Teams (invited to and attended ABA workshop, February 2007)

- The University of Kansas College of Liberal Arts & Sciences–Former Member, Advisory Board (Former Member, Executive Committee)

- Hall Center for the Humanities at the University of Kansas–Former Member, Advisory Board

- Spencer Museum of Art at the University of Kansas–Member, National Advisory Board

- The Simons Public Humanities Fellowship–Former Member, Selection Committee

- Dallas Institute of Humanities & Culture–Fellow & Past President, Board of Directors

- Professional Development Consortium–Former Member, Board of Directors

- ABA Section of Legal Education and Admissions to the Bar–Former Member, Professionalism Committee; Former Member, CLE Committee

- Faculty Member, Appellate Judges Education Institute (November 2004)

### *Conferences, Workshops, and Series Organized*

- Chair, "The Road to Hell Is Paved with 'Particular Intentions': Literary, Historicist & Authorial Perspectives on Evidence," Law, Culture, and Humanities Annual Conference, University of Virginia (March 10-11, 2014)

- Co-organizer (with Maksymilian Del Mar of Queen Mary, University of London), "Arts and Legal Reasoning," Law, Culture, and Humanities Annual Conference, Birkbeck College, London (March 22-23, 2013)

- Co-organizer (with Maksymilian Del Mar, then of Université de Lausanne), "Exemplary Narratives: Interdisciplinary Perspectives," World Congress of Philosophy of Law and Social Philosophy, Goethe University, Frankfurt (August 15-20, 2011)

- Co-organizer (with Larry Allums of the Dallas Institute, Tom Mayo of SMU/McGuire Center, and John Sadler of UT Southwestern Medical Center), "City of Imagination: The Meaning of Virtue in the Professions," Dallas (October 2010-May 2011)

- Co-organizer (with Larry Allums of the Dallas Institute), "Indians of the Great Plains: A Symposium," Dallas (October 2010)

- Co-organizer (with Robert Pirrie of the WS Society), "Competition Law:  A Transatlantic Perspective," Edinburgh (October 2008)

- Chair, "Partnering for Success," Professional Development Consortium Winter Conference, San Antonio (February 2007)

- Chair, "Conversations with the Regulators," State Bar of Texas Antitrust and Business Section Annual Update, Dallas (November 2006)

- Co-organizer (with Dean John Attanasio of SMU/Dedman School of Law), "Critical Choices: Education Decisions for the Next Generation of Lawyers," a national conference presented by SMU, The Dallas Institute of Humanities & Culture, the Legal Education Section of the ABA, and the Professional Development Consortium (April 2004)

**Business Experience**

**The Gordon Company**                                                                                     Lawrence, Kansas
Partner                                                                                                                  1983 – 1991
- Negotiated and settled up to hundreds of insurance claims per year

**Britches Corner**                                                                                                Lawrence, Kansas
Owner                                                                                                                   1978 – 1984
- Operated 2500 sq. ft. clothing store
- Marketed store in 1984
- Personally trained and motivated staff of 10+ sales associates

**Media Experience**

Senior Host, "The Writer's Studio," an ongoing series of interviews with contemporary authors. Broadcast locally by KERA and nationally by selected NPR affiliates.  Listen here.

- Most recent season included Eric Bogosian, Richard Olen Butler, Jay McInerney, Ann Patchett, Richard Price, Marilyn Robinson, and Jane Smiley.

- Past seasons included Candace Bushnell, Junot Diaz, James McPherson, Bobbie Ann Mason, Louis Begley, Kimberla Lawson Roby, Charles Baxter, Louise Erdrich, Joseph Wambaugh, Rick

> Moody, Ernest Gaines, Sidrid Nunez, Scott Turow, Joan Didion, Bret Easton Ellis, Michael Cunningham, Jimmy Santiago Baca, J. California Cooper, Margaret Drabble, James Ellroy, Carlos Fuentes, Francine Prose, Umberto Eco, Walter Mosley, Alice Walker, Tracy Kidder, Maxine Hong Kingston, Kathryn Harrison, T. Coraghessan Boyle, Nicholson Baker and Julia Alvarez.

"A Splendid Exchange," an interview with William Bernstein (November 21, 2008).

"Colin Powell," an interview with Karen DeYoung (November 28, 2007).

"The Anonymous Lawyer," an interview with Jeremy Blachman (May 22, 2007).

"Limitations," an interview with Scott Turow (November 29, 2006).

"A Visit to Dallasville," an interview with Peter Bogdanovich (October 29, 2004).

"The Big Apple Comes to Big D," an interview with George Plimpton (February 25, 2003).

## PUBLICATIONS

### Books, Edited Volumes, Monographs & Chapters

THE PERFORMANCE OF LAW: EVERYDAY LAWYERING AT THE INTERSECTION OF ADVOCACY AND IMAGINATION (Routledge, 2022).

Editor, TEXAS BUSINESS LITIGATION QUARTERLY (2015-2018).

"Removal," 607 LITIGATION PRACTICE PORTFOLIO SERIES (BNA, 2016) (with Charles S. North).

"Fictitious Fraud: Economics and the Presumption of Reliance," *in* LEGAL FICTIONS IN THEORY AND PRACTICE (Del Mar & Twining, eds., Springer, 2015) (*review*: Tamanaha).

"Truth in Context: Sketching a (New) Historicist Legal Pedagogy," *in* THE MORAL IMAGINATION AND THE LEGAL LIFE (Bankowski & Del Mar, eds., Ashgate, 2013) (*publisher's description*: book; *review*: ALWD) (SSRN "Top Ten Download," December 2020).

EXEMPLARY NARRATIVES, a special issue of LAW & LITERATURE, Vol. 25, No. 3 (co-editor with Maks Del Mar) (2013).

REHUMANIZING LAW: A THEORY OF LAW AND DEMOCRACY (University of Toronto Press, 2011) (reviewed, 125 HARV. L. REV. 875 (2012)) (*publisher's description*: book; *review*: Harvard).

"Dramatic Deconstruction: The Plays of Sam Shepard," unpub. dissertation (1990).

### Law Reviews

"Signs and Referents: The Sources and Consequences of Disputes over Contractual Meaning" (in progress).

"A Study in Tartan:  Neil MacCormick's Literary Humanism" (in progress).

"RICO Had a Birthday! A 50-Year Retrospective of Questions Answered and Open" 105 MARQUETTE L. REV. 131 (2021) (SSRN "Top 10 Download," February 2021).

"Making Meaning:  Towards a Narrative Theory of Statutory Interpretation and Judicial Justification," 12 OHIO ST. BUS. L. J. 1 (2017) (lead article).

"Conflict of Laws," 3 SMU ANN. TEX. SURVEY 129 (2017) (with Paul George).

"Virtuous Billing," 15 NEV. L. J. 698 (2015) (with Nancy Rapoport, invited submission to symposium issue) (SSRN "Top Ten Download," October 2015); *republished in* LAW & HUMANITIES EJOURNAL, 19(78), October 21, 2015 (*review*:  Jotwell).

"Of Gangs and Gaggles:  Can a Corporation Be Part of an Association-in-Fact RICO Enterprise?" 16 U. PA. J. BUS. L. 973 (2014) (lead article) (SSRN "Top Ten Download," February 2014).

"Institutionalizing Exemplary Narratives:  Stories as Models for and Movers of Law," 25 LAW & LITERATURE 337 (2013) (peer reviewed) (U of California P).

"Fictitious Fraud:  Economics and the Presumption of Reliance," 9 INT'L J. L. IN CONTEXT 506 (2013) (peer reviewed) (Cambridge UP).

"A Question of Taste: Touchstones for Determining the Certifiability of Class-wide Claims for Declaratory and Injunctive Relief under Rule 23 of The Federal Rules of Civil Procedure," 17 SUFFOLK J. TRIAL & APP. ADVOC. 1 (2012) (lead article).

"Clarity and Confusion:  RICO's Recent Trips to the United States Supreme Court," 85 TULANE L. REV. 677 (2011).

"Framing Franchise Antitrust Litigation:  The Legacy of *Kodak* and *Queen City Pizza*," 40 SW. L. REV. 247 (2010) (lead article).

"How Lawyers (Come to) See the World: A Narrative Theory of Legal Pedagogy," 56 LOY. L. REV. 619 (2010).

"A Hole in Need of Mending: Copyright and the Individual Marking of Advertisements Published in Collective Works," 13 SMU SCI. & TECH. L. REV. 1 (2009) (lead article).

"A Question of Fairness:  Should *Noerr-Pennington* Immunity Extend to Conduct in International Commercial Arbitration?" 19 AM. REV. INT'L ARB. 211 (2008) (Columbia U/Parker School).

"Crimes That Count Twice:  A Reexamination of RICO's Nexus Requirements Under 18 U.S.C. § 1962(c) and 1964(c)," 32 VT. L. REV. 171 (2007).

"Only One Kick at the Cat:  A Contextual Rubric for Evaluating *Res Judicata* and Collateral Estoppel in International Commercial Arbitration," 18 FLA. J. INT'L L. 549 (2006).

"Rethinking Civil RICO:  The Vexing Problem of Causation in Fraud-Based Claims under 18 U.S.C. § 1962(c)," 39 U.S.F. L. REV. 319 (2005) (Burton Award winner – Library of Congress/Law Library of Congress).

"Reforming the Unbargained Contract: Avoiding Bondholder Claims for Surprise Par Calls," 55 BUS. LAW. 317 (with Robert S. Blanc) (1999).

**Bar Journals and Other Periodicals**

"Framing Closing Arguments, Part 3," Texas Lawyer (August 2022).

"Framing Closing Arguments, Part 2," Texas Lawyer (May 2022).

"Framing Closing Arguments, Part 1," Texas Lawyer (March 2022).

"Rhetoric, Improvisation and the Construction of Trial Stories," Texas Lawyer (January 2022).

"Rhetoric and Improvisation in the Drama of Trial," Texas Lawyer (December 2021).

"Law and the Art of Representation," Texas Lawyer (December 2021).

"Staging Law's Stories," Texas Lawyer (September 2021).

"Stages of Rehearsal: Trial Preparation," Texas Lawyer (June 2021).

"All the World (or at Least the Whole Courtroom) is a Stage," Texas Lawyer (May 2021).

"Simile or Metaphor? Is Trial Like Theater? Or is it Theater?," Texas Lawyer (March 2021).

"Law on the Books Versus Law in Action: Text in Context," Texas Lawyer (January 2021).

"Rites of Law: Performance in Practice," Texas Lawyer (October 2020).

"Icons and Arrangements: How Courtrooms Talk About Themselves," Texas Lawyer (September 2020).

"Up in Smoke? Attacks on Marijuana Farming Under RICO," Bloomberg Law (August 2020).

"Immigration and the American West: The Myth of the Garden," Texas Lawyer (August 2020).

"Saying Things Without Words: The Meaning of Legal Spaces," Texas Lawyer (July 2020).

"Pandemic History and the Generation of Law," Texas Lawyer (May 2020).

"Of Lions and Lambs in the Time of Coronavirus," Texas Lawyer (April 2020).

"Law in the Time of Coronavirus," Texas Lawyer (April 2020).

"Is Big Always Bad? 2 Perspectives," Texas Lawyer (February 2020).

"50 Years Later, Interpretive Challenges Remain For RICO," Law 360 (January 2020) (Top 10 Most Read Expert Analyses).

"If you think Atticus Finch has become problematic, consider William Faulkner," The Dallas Morning News, The Dallas Morning News (November 4, 2019).

"Mergers in the Age of Populism," Texas Lawyer (May 15, 2019).

"Technology and the Lawyer's Lot: Some Observations from History," The Texas Lawbook (July 2018).

"Gorsuch and the Coexistence of Natural Law and Originalism," Law 360 (with Stephanie Assi) (April 2018).

"Q&A with Randy Gordon: American Express case brings antitrust issues to forefront," NewsOK (April 2018).

"Reasoning About the Rule of Reason," Law360 (March 2018).

"Is the Antitrust Rule of Reason Reasonable?" Law360 (March 2018).

"What to Make of CVS-Aetna and Other Megadeals," Law360 (December 2017).

"Consolidation in Energy Industry Follows Volatility," Oklahoman (December 2017).

"Q&A with Randy Gordon: Price Gouging is Illegal During Natural Disasters," Oklahoman (December 2017).

"The Walgreens-Rite Aid Combination: Act Two," Law360 (July 14, 2017).

"Law Schools and Law Firms: Two Cultures Seeking Common Ground," Law360 (March 21, 2017).

"Strangest Day in Court: The 1995 Oklahoma City Bombing," Law360 (December 16, 2016).

"Politics and the AT&T-Time Warner Merger," Law360 (November 7, 2016).

"Antitrust Regulators Didn't Let Beer Merger Go Flat," Law360 (October 11, 2016).

"Why Verizon-Yahoo Deal is Raising Privacy Concerns," Law360 (August 11, 2016).

"The Bayer-Monsanto Deal through and Antitrust Lens," Law360 (June 13, 2016).

"Megamergers under the Microscope," Law360 (May 24, 2016).

"Antitrust Claim against Uber Illuminates Perilous Intersection," TEX. LAWYER (April 12, 2016).

"'No Unblemished Truth, No Untainted Justice'": A Review of James Robertson's *The Professor of Truth*," 6 SIGNET 34 (2014).

"The Road to Hell Is Paved with 'Particular Intentions': A Review of Marianne Wesson's *A Death at Crooked Creek*," 17 GREEN BAG 2D 467 (2014).

## PRESENTATIONS

Invited Speaker, "Racketeer Influenced & Corrupt Organizations Act", Tarrant County Bar Association Business Litigation Section, Fort Worth, Texas (December 2021).

Invited Speaker, "Law as Performance," Celesq Attorneys Ed Center and West LegalEd Center (June 2021).

Invited Reviewer, "LAUNCH Undergraduate Research Scholars Thesis Program," Undergraduate Research Expo, Texas A&M University (March 2021).

Presenter, "Albert Camus' *The Plague*," Online Event (workshop page), Dallas Institute of Humanities & Culture (October 20, 2020). Watch here.

Invited Panelist, Undergraduate Research Expo, Texas A&M University (October 2, 2019).

Invited Speaker, "The Supreme Court as a Rule-Making Body," The Hockaday School (May 8, 2017).

Presenter, "Legal Ethics and Liability Issues for University General Counsel," The Texas A&M University System, Office of General Counsel (April 13, 2017).

Workshop Faculty Member, "Endings and Beginnings," The Federal Reserve Bank of Dallas Leadership Program (April 6, 2016).

Invited Speaker, "Compassion and the Rhetoric of Rules," World Congress of the International Association for the Philosophy of Law and Social Philosophy ([workshop page](#)), Georgetown University (July 27-August 1, 2015).

Invited Speaker, "The Lawyer as Virtuous Actor:  Is that Still Possible?," Lawyering and Psychology: Coalescing the Field, UNLV/Boyd School of Law (February 21-22, 2014).  Watch [here](#).

Moderator, "Understanding Tragedy, The Impact of the JFK Assassination on Dallas," Politics Track, featuring Stephen Carter, Sen. Kay Bailey Hutchison, Mayor Mike Rawlings, and Hon. Margaret Spellings (November 2, 2013).

Invited Speaker, "Law-as-Performance," Association for the Study of Law, Culture and the Humanities, University of London/Birkbeck College (March 22-23, 2013).

Invited Speaker, "Legal Fictions," World Congress of the International Association for the Philosophy of Law and Social Philosophy, Goethe University, Frankfurt (August 15-20, 2011).

Invited Speaker, "Truth in Context:  Sketching a (New) Historicist Legal Pedagogy," Beyond Text in Legal Education, University of Edinburgh (June 20-21, 2009).

Seminar Leader, "Institutionalizing Narratives: A Transformational Theory of Law and Democracy," Institute for Advanced Studies in the Humanities, University of Edinburgh (May 2, 2007).

Invited Speaker, "Emerging Issues in RICO," CLE presentation at Texas State Bar Antitrust and Business Litigation Section Annual Seminar (paper co-authored with Sam Joyner) (2005-2006).

Invited Speaker, "Ethical Issues in Class Actions:  The Putative Class Member Problem," CLE presentation at Texas State Bar Antitrust and Business Litigation Section Annual Seminar (paper co-authored with Rachel Schwartz) (April 2002).

Presenter, Committee on Trust Indentures and Indenture Trustees, Annual Meeting of the ABA Section of Business Law (co-presented with Robert S. Blanc) (July 8, 2000).

## LANGUAGES

Reading proficiency in French; limited reading knowledge of Latin and Old English

## HONORS

Lifetime Achievement Award, *Texas Lawyer*, Texas Legal Awards (2022).

Master, Eldon B. Mahon Inn of Court (2022-2027).

Member, American Law Institute (nominated 2007; elected 2008).

Inaugural Member, Texas Million Dollar Verdict Hall of Fame (2013) (for *Longview Energy Co. v. The Huff Energy Fund L.P., et al.*).

Nominated for Membership, American Bar Foundation (2011).

Featured, GCR 100 for Competition Law (Texas), Global Competition Review (2014-2018).

Recognized, America's Leading Business Lawyers in Antitrust (Texas), Chambers & Partners, USA (2007-present).

Recognized, The Best Lawyers in America in Antitrust (2016-2018).

Recognized, Leading Lawyers in Competition Law (Texas), Who's Who Legal (2007-10).

Recognized, Antitrust Litigation, Texas Super Lawyers (2010-2013; 2019).

Nominated for and Awarded Faculty Fellowship, Institute for Advanced Studies in the Humanities, University of Edinburgh (2006-07).

Associate (International) Member, The Society of Writers to Her Majesty's Signet (nominated and elected 2006).

Recipient, Burton Award for Legal Achievement (Library of Congress/Law Library of Congress) (2005).

Fellow, Dallas Institute of Humanities & Culture (inducted 2005).

Subject of SIGNET MAGAZINE "Special Profile" (Summer, 2015).

Subject of DALLAS MORNING NEWS "High Profile" ("Answering Life's Big Questions," June 27, 2004).

D MAGAZINE "Best of Big D" Award (for The Writers Studio) (2004).

Fellow, Dallas Bar Foundation.

Gardere Wynne Sewell LLP "Blue Chip" Award (for professional development work).

Recognition of Achievement in International & Foreign Law with Honors (Columbia).

Dorothy Haglund Prize for an Outstanding Dissertation (KU's highest award for a dissertation).

Finalist and Reserve Candidate, Fulbright EU Law Fellowship (1995).

Multiple Kansas Press Association Awards for Best Retail Ad and Best Small Campaign.

## COMMUNITY SERVICE

The Hiett Prize in the Humanities (largest humanities prize in the US)–Member, Advisory Board & 2010, 2015 Juries.

Greater Dallas Business Ethics Award–Member, Judges Panel (multiple years).

The Writer's Garret–Past-Chair, Board of Directors.

Member, Steering Committee, Dallas Institute's thirtieth anniversary celebration (2010-11).

Former Advisor to ¡TEX! Magazine, the then-largest circulating literary magazine in the country.

Highland Park Literary Festival–Former Member, Advisory Board.

Member, Steering Committee, Dallas Institute's twentieth anniversary celebration honoring Dr. Louise Cowan and featuring Mrs. Laura Bush and Mrs. Lynne Cheney (2001).

Event Chair, Jingle Bell Run (2000).

Oklahoma Bombing Disaster Volunteer (1995).

Downtown Lawrence (KS) Association, Former Director.

## BAR SERVICE

Judge, *Texas Lawyer,* Texas Legal Awards (Lawyer of the Year and Rising Stars, 2022).

Antitrust and Business Litigation Section of the State Bar of Texas–Chair, Section Council (2007-2008).

ABA Legal Education Section–Former Member, Professionalism Committee; Former Member, CLE Committee; Qualified Team Member, Law School Site Evaluations.

ABA Antitrust Section–Member, Competition Torts (f/k/a RICO) Committee.

SMU Dedman School of Law–Host Family Program, Mock Interview Program, and Client Counseling and Mock Trial Judge (multiple years).

Judge, Finals of ABA Negotiation Competition (2000).

Moderator, Oklahoma Roundtable on International Trade with ASEAN Ambassadors.

## FIRM SERVICE

Co-Chair, Barnes & Thornburg Antitrust Practice Group (2020-2021).

Chair, Gardere Antitrust & Trade Regulation Practice (2013-2017).

Chair, Gardere Forum (2005-2008).

Chair, Gardere Professional Development Committee (2000-2008).

Member, Gardere Strategic Plan Implementation Committee (2003-2006).

Member, Gardere Diversity Committee (2004-2008).

Member, Gardere Hiring Committee (2002-04).

Member, Gardere Firm Growth Subcommittee (1997).

Gardere Summer Associate Mentor (1996-2006, 2008).

Gardere Associate Mentor (2000-2008).

Member, Crowe & Dunlevy Ethics Committee (1992-1995).

## MEMBERSHIPS & AFFILIATIONS

American, Texas, and Oklahoma Bar Associations

United States Supreme Court; the United States Court of Appeals for the Fifth Circuit; multiple United States District Courts

Antitrust Section of the American Bar Association

Antitrust Sections of Texas and Dallas Bar Associations

University of Kansas Alumni Association