UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MEGATEL HOMES, LLC, and ZACH IPOUR, | § § § |
| *Plaintiffs / Counter-defendants*, | § § |
| v. | §    CIVIL ACTION NO. 3:22-CV-1715-X |
| CRYSTAL LAGOONS U.S. CORP., | § § § |
| *Defendant / Counter-plaintiff*. | § |

## CRYSTAL LAGOONS' EXPERT DISCLOSURES

Pursuant to the Court's Scheduling Order (Dkt. 18) and the parties' written agreement, Defendant/Counter-Plaintiff Crystal Lagoons U.S. Corp. ("Crystal Lagoons") provides the following disclosure of the experts Crystal Lagoons has retained or specifically employed who may testify and present evidence under Federal Rules of Evidence 702, 703, and/or 705:

1. Richard F. Bero
   The BERO Group
   N27 W23960 Paul Road, Suite 202
   Pewaukee, Wisconsin 53072
   (262) 522-7922

Mr. Bero is expected to testify regarding the damages Crystal Lagoons has incurred or will in reasonable likelihood incur in connection with the allegations set forth in Counts I and II of Crystal Lagoons' Original Answer and Counterclaims to Plaintiffs' First Amended Complaint (Dkt. 10). Mr. Bero's CV is attached hereto as **Exhibit 1.**

2. Richard D. Anigian
   Haynes Boone LLP
   2323 Victory Ave., Suite 700
   Dallas, Texas 75219
   (214) 651-5633

Mr. Anigian is expected to testify regarding the reasonable and necessary attorneys' fees incurred in this litigation, including as to the hourly rates charged and the relevant experience and skill of the attorneys working on this matter and matters of similar complexity. Mr. Anigian's CV is attached hereto as **Exhibit 2**.

Dated: March 20, 2023

Respectfully submitted,

/s/ Richard D. Anigian
Richard D. Anigian
  *Lead Attorney*
  Texas Bar No. 01264700
  *richard.anigian@haynesboone.com*
Jason N. Jordan
  Texas Bar No. 24078760
  *jason.jordan@haynesboone.com*
J. Wilson Miller
  Texas Bar No. 24125326
  *wilson.miller@haynesboone.com*
HAYNES BOONE, L.L.P.
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR DEFENDANT**
**CRYSTAL LAGOONS U.S. CORP.**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant hereby certifies that on March 20, 2023, a true and correct copy of the above and foregoing document was served upon all counsel of record in accordance with the Federal Rules of Civil Procedure.

/s/ Richard D. Anigian
Richard D. Anigian