# Exhibit 1



## RICHARD F. BERO, CPA, CVA

N27 W23960 Paul Road, Suite 202, Pewaukee, WI 53072
Phone – (262) 522-7922   Fax – (262) 436-2444
rbero@berogroup.com

*PROFESSIONAL EXPERIENCE:*

**The BERO Group / Corporate Financial Advisors, LLC**
Managing Director
Waukesha, Wisconsin                                         December 1995-Present

Mr. Bero founded Corporate Financial Advisors in 1995 and served as Managing Director. The BERO Group evolved from Corporate Financial Advisors and Mr. Bero serves as Managing Director. Mr. Bero provides financial and accounting consulting services and expert testimony pertaining to valuation issues and financial damages issues.

**Coopers & Lybrand**
Manager – Litigation & Claims Services
Milwaukee, Wisconsin                                                      1994-1995

Mr. Bero was the Manager and Practice Leader of the Coopers & Lybrand Milwaukee Litigation & Claims Services practice.

**Peterson Consulting Limited Partnership**
Executive Consultant
Milwaukee, Wisconsin                                                       1989-1994
Chicago, Illinois                                                          1987-1989

Mr. Bero provided litigation and business dispute support services to trial attorneys and corporate counsel.

*EDUCATION:*

**University of Wisconsin–Madison**                                              1986
Bachelor of Business Administration
Accounting and Finance

*ACTIVITIES/OTHER:*

    Intellectual Property Valuation Instructor – National Association of Certified Valuation Analysts

    Licensing Executives Society – Co-Chair Wisconsin Chapter – 2006-2008

    Intellectual Property Owners Association – Damages Committee Member – 2004-present

    National Association of Certified Valuation Analysts, CVA

    Wisconsin Institute of Certified Public Accountants:
        Board of Directors – 2000-2002
        Chairman CPA's In Industry – Committee 1997-1999
        Outstanding Committee Chairperson Award – 1997-1998

    American Institute of Certified Public Accountants

    Becker CPA Review – Instructor 1995-1998

*EXPERT WITNESS TESTIMONY – LAST FOUR YEARS:*

*Surgical Instrument Service Company, Inc. v. Intuitive Surgical, Inc.*
United States District Court – Northern District of California
Case No. 3:21-cv-03496-VC
March 2023 (Deposition Testimony)

*MCP IP, LLC v. .30-06 Outdoors, LLC; and Daibow, Inc.*
United States District Court – Southern District of Ohio
Case No. 2:21-cv-00581-ALM-CMV (filed 2/9/21)
February 2023 (Hearing Testimony)

*Crystal Lagoons U.S. Corp. and Crystal Lagoons Technology Inc. v. Cloward H2O LLC and Pacific Aquascape International, Inc.*
United States District Court – District of Utah
Case No. 2:19-cv-00796-BSJ (filed 10/21/19)
December 2022 (Deposition Testimony)

*Hangzhou Chic Intelligent Technology Co., Ltd., and Unicorn Global, Inc. v. The Partnership and Unincorporated Associations Identified on Schedule "A"*
United States District Court – Northern District of Illinois
Case No. 1:20-cv-04806 (filed 8/17/20)
December 2022 (Hearing Testimony)
February 2022 (Deposition Testimony)

*Condair Group AG v. Dri-Steem Corporation*
United States District Court – U.S. District of Minnesota
Case No. 0:21-cv-00863 (filed 3/29/21)
September 2022 (Deposition Testimony)

2

*Don Lee Farms, a division of Goodman Food Products, Inc., v. Beyond Meat Inc., et al.*
State of California – Los Angeles County
Case No. BC662838 (filed 5/25/17)
April 2022 (Deposition Testimony)

*G.W. Lisk Company, Inc. v. Power Packer North America, Inc. d/b/a GITS Manufacturing Company*
United States District Court – Southern District of Iowa
Case No. 4:17-cv-00273 (filed 7/21/17)
April 2022 (Deposition Testimony)

*Sartin et al. v. Chula Vista Inc. et al.*
United States District Court – Eastern District of Wisconsin
Case No. 2:18-cv-01890-WED (filed 11/30/18)
October 2021 (Deposition Testimony)

*Cyntec Company, Ltd. v. Chilisin Electronics Corp. and Chilisin America Ltd.*
United States District Court – Northern District of California
Case No. 4:18-cv-00939-PJH (filed 2/14/18)
August 2021 (Trial Testimony)
June 2020 (Deposition Testimony)

*Wudi Industrial (Shanghai) Co., Ltd. v. Wai L. Wong*
United States District Court – Eastern District of Virginia
Case No. 1:20-cv-00908-CMH-MSN (filed 8/7/20)
April 2021 (Deposition Testimony)

*Vermeer Corporation v. The Toro Company*
United States District Court – Southern District of Iowa
Case Nos. 4:17-cv-0076, 4:19-cv-00050 (filed 2/28/17; 2/12/19)
October 2020 (Deposition Testimony)

*AOS Holding Company and A.O. Smith Corporation v. Bradford White Corporation*
United States District Court – District of Delaware
Case No. 1:18-cv-00412-LPS (filed 3/16/18)
August 2020 (Trial Testimony)
November 2019 (Deposition Testimony)

*RAM Group, Inc. v. H5G, LLC*
State of Wisconsin – Milwaukee County
Case No. 2018CV010102 (filed 12/10/18)
June 2020 (Deposition Testimony)

*Dimensions Events LLC v. Danziger USA*
Chicago Rabbinical Council (DT #17-09)
May 2019 (Arbitration Hearing Testimony)
May 2019 (Deposition Testimony)

*Smart Solar, Inc. d/b/a Smart Living Home & Garden v. Sky Billiards, Inc. d/b/a Best Choice Products*
United States District Court – Northern District of Illinois
Case No.:  1:17-cv-04211 (filed 6/2/17)
April 2019 (Deposition Testimony)

3

## PUBLICATIONS:

The Comprehensive Guide to Economic Damages, "Patent Infringement Damages: Lost Profits and Royalties", "Design Patent Damages" and "Trade Secret Damages" (Chapters 28, 29 and 30, 2020 6th ed., Business Valuation Resources, LLC)

Bero, Richard. *The Litigator's Damages Blueprint: The Pragmatic Solution*. Wisconsin: 422 Doty, LLC, 2019

The Comprehensive Guide to Economic Damages, "Patent Infringement Damages: Lost Profits and Royalties" and "Trade Secret Damages" (Chapters 26 and 27, 2018 5th ed., BVR Publications)

The Comprehensive Guide to Economic Damages, "Patent Infringement Damages: Lost Profits and Royalties" (Chapter 26, 2016 4th ed., BVR Publications)

The Comprehensive Guide to Lost Profits and Other Commercial Damages, "Patent Infringement Damages: Lost Profits and Royalties" (Chapter 25, 2014 3rd ed., BVR Publications)

April 2011 – CCH Business Valuation Alert, "The *Uniloc* Case: 25 Percent Rule of Thumb Rejected"

The Comprehensive Guide to Lost Profits, "Lost Profits Damages in Patent Infringement Lawsuits" (Chapter 19, 2011 ed., BVR Publications)

August 2009 – IP Law360 – "Demand for the Patented Product – Lower Bar?"

The Comprehensive Guide to Lost Profits, "Lost Profits Damages in Patent Infringement Lawsuits" (Chapter 12, 2009 ed., BVR Publications)

October 2008 – AIPLA White Paper – "Constructing Royalty Rates"

February 2008 – IP Law360 – "IP Litigation in China and the U.S."

Global Intellectual Property Asset Management Report, "Intellectual Property Metrics Today: It Can Be Done" (June 2005 and July 2005)

Proving and Pricing Construction Claims, "Claims for Lost Profit" (Chapter 14, 2nd ed., 1996, Wiley Law Publications)

## PRESENTATIONS:

| December 2022 | Business Valuation Resources, LLC<br>Commercial Success – Using Economic Analysis to Show Patentability<br>Co-Presenter: Shane Brunner, Michael Best & Friedrich LLP |
|---|---|
| November 2021 | Business Valuation Resources, LLC<br>BVR's Special Series on New Economic Damages Guide<br>Patent Royalty Damages – What's the Approach?<br>Co-Presenter: John L. Abramic, Steptoe & Johnson LLP |

4

| | |
|---|---|
| May 2021 | Business Valuation Resources, LLC<br>National Economic Damages Virtual Conference 2021 (Day 1)<br>Patent Infringement Damages<br>Co-Presenter: Autumn N. Nero, Perkins Coie LLP |
| November 2020 | American Intellectual Property Law Association<br>Damages Subcommittee – Speaker Series Webinar Part II<br>The Pragmatic Solution© |
| May 2020 | American Intellectual Property Law Association<br>Damages Subcommittee – Speaker Series Webinar Part I<br>The Pragmatic Solution© |
| February 2020 | Marquette Law School<br>Guest Instructor – IP Litigation Class<br>Milwaukee, Wisconsin |
| May 2019 | Milwaukee Bar Association<br>The Pragmatic Solution©<br>Co-Presenter: Shane Brunner, Milwaukee Best & Friedrich LLP<br>Milwaukee, Wisconsin |
| July 2018 | Intellectual Property Owners Association – IP Chat Channel Webinar<br>What's Next for Design Patent Damages? The DOJ Test on Trial<br>Co-Presenters: James Dottavio, Ford Motor Company and Elizabeth Ferrill, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP |
| September 2016 | Wisconsin Intellectual Property Law Association<br>Patent and IP Damages Update<br>Milwaukee, Wisconsin |
| December 2015 | WestLegalEdcenter Webinar<br>Recent Patent Royalty Damages Decisions – Update & Discussion |
| October 2015 | WestLegalEdcenter Webinar<br>Recent Patent Royalty Damages Decisions – Update & Discussion |
| October 2015 | Milwaukee Bar Association<br>VirnetX and Ericsson – The Latest on Apportionment and Comparable Licenses<br>Milwaukee, Wisconsin |
| July 2015 | Hot Topics in Patent Royalty Damages Webinar<br>Business Valuation Resources' 2015 Special Series on Intellectual Property |
| April 2014 | Michigan Intellectual Property Law Association<br>Hot Topics in Patent Damages<br>Troy, Michigan |
| May 2013 | Hot Topics in Patent Royalty Damages<br>Business Valuation Resources Online Symposium on Economic Damages: Part 3<br>Chicago, Illinois |

5

| | |
|---|---|
| September 2011 | WestLegalEdcenter Webinar<br>Recent Patent Damages Decisions – What is the Effect |
| August 2011 | WestLegalEdcenter Webinar<br>Constructing Royalty Rate Damages |
| January 2011 | The Evolution of the Entire Market Value Rule<br>Business Valuation Resources Webinar Series on Advanced Topics in Lost Profits Damages<br>Chicago, Illinois |
| September 2010 | Patent Damages: Managing the Risks and Contingent Costs<br>Business Valuation Resources / Morningstar Summit on Best Practices in Valuing Intellectual Property<br>Chicago, Illinois |
| March 2010 | Tianjin Bar Association<br>Damage Analysis Techniques and Considerations in U.S. Patent Litigations<br>Tianjin, China |
| March 2010 | Beijing Lawyers Association<br>Damage Analysis Techniques and Considerations in U.S. Patent Litigations<br>Beijing, China |
| December 2009 | Milwaukee Bar Association<br>Constructing Royalty Rate Damages<br>Milwaukee, Wisconsin |
| October 2009 | Michigan Intellectual Property Law Association<br>Constructing Royalty Rate Damages<br>Detroit, Michigan |
| June 2009 | Licensing Executive Society – Chicago Chapter<br>Constructing Royalty Rates<br>Chicago, Illinois |
| March 2009 | Milwaukee Bar Association<br>Patent Infringement Damages – Working Effectively With Your Damages Expert<br>Milwaukee, Wisconsin |
| January 2009 | Wisconsin Intellectual Property Law Association<br>Constructing Royalty Rates<br>Milwaukee, Wisconsin |
| November 2008 | Licensing Executive Society – Minnesota Chapter<br>Constructing Royalty Rates<br>Minneapolis, Minnesota |

| | |
|---|---|
| October 2008 | American Intellectual Property Law Association – Annual Meeting<br>Constructing Royalty Rates<br>Washington, D.C. |
| October 2008 | Minnesota Intellectual Property Law Association<br>Constructing Royalty Rates<br>Minneapolis, Minnesota |
| June 2008 | Presentation to Judges and IP attorneys in China<br>The Development of Patent Damages<br>Shenzhen, China |
| May 2008 | Licensing Executive Society International – Spring Conference<br>Avoiding Intellectual Property Hurdles in the U.S. - The View from China<br>Roundtable Moderator<br>Chicago, Illinois |
| March 2008 | Marquette Law School<br>Royalty Damages in Patent Litigation<br>Guest Instructor – IP Litigation Class<br>Milwaukee, Wisconsin |
| October 2007 | Guarding the Treasure: IP Valuation & Remedies Panelist<br>Sponsored by Foley & Lardner<br>New York, New York |
| October 2007 | Shanghai Bar Association<br>Patent Litigation & Valuation – Real World Examples in the U.S.<br>Shanghai, China |
| October 2007 | Shenzhen Society of Certified Public Appraisers<br>Intellectual Property, Valuation and Damages Analysis – Real World Examples in the U.S.<br>Shenzhen, China |
| May 2007 | Shanghai Intellectual Property Service Center<br>Intellectual Property in the U.S.: Opportunities, Valuation & Litigation<br>Shanghai, China |
| May 2007 | Shenzhen Bar Association<br>Managing and Understanding the Value of IP – Real World Examples in the U.S.<br>Shenzhen, China |
| October 2006 | China Hi-Tech Fair 2006<br>Protection of Chinese Intellectual Property in the U.S. Patent Damages & Ways to Avoid Infringement<br>Shenzhen, China |

| | |
|---|---|
| August 2006 | Nanshan Sub-Bureau of Intellectual Property Administration<br>Intellectual Property Value Issues in the United States an Overview<br>for Chinese Businesses<br>Shenzhen, China |
| March 2006 | Milwaukee Bar Association<br>Hindsight is 20/20: Developing & Presenting Damages in Intellectual Property Litigation and Complex Litigation<br>Milwaukee, Wisconsin |
| December 2005 | Wisconsin Intellectual Property Law Association<br>Intellectual Property Damages Update & Discussion<br>Pewaukee, Wisconsin |
| October 2005 | Licensing Executives Society – Annual Meeting<br>Facilitator: Advanced Practices Working Session III: To Sue or Not? How to Decide<br>Phoenix, Arizona |
| September 2005 | Digital Fabrication 2005 Seminar<br>Panel Discussion: Intellectual Property<br>Baltimore, Maryland |
| September 2005 | Intellectual Property Owner's Annual Meeting<br>Patent Infringement Damages Update and Discussion<br>Seattle, Washington |
| April 2005 | Licensing Executives Society – Wisconsin Chapter<br>What's Reasonable: Royalty Damages in Patent Litigation<br>Fond Du Lac, Wisconsin |

# Exhibit 2





# Richard D. Anigian
**Partner**
rick.anigian@haynesboone.com
Dallas
+1 214.651.5633

**PRACTICES**  Litigation, Private Clients and Estate Planning, International, Intellectual Property Litigation, Restructuring, U.S. Inbound Investment, Real Estate Litigation, Trade Secret Litigation, Products Liability Litigation, Procurement and Supply Chain Management, FinTech Virtual Currency and Blockchain, Sports Law, Media, Entertainment and Sports

Rick Anigian is a trial lawyer and served as Department Chair of the firm's Litigation Practice Group from 2015 through 2019. Rick has become a trusted business advisor by providing practical and efficient counseling and advice to implement clients' business strategies while solving their complex business disputes. Rick has led teams in significant matters before federal, state and bankruptcy trial and appellate courts in Texas and throughout the country.

Rick concentrates his practice on a wide variety of complex commercial disputes in federal and state courts, as well as arbitral proceedings. Rick has extensive experience in commercial and financial transactions litigation, real estate and oil and gas disputes, has handled complex disputes among partners and business owners, as well as a wide range of business torts litigation. Rick also has significant experience in the area of technology litigation, including theft of trade secrets and non-competition disputes. Rick has passed all sections of the examination to become a Certified Public Accountant and routinely relies upon these skills in the matters he handles.

Rick is very active in the community in a wide range of activities including public education, the assistance of at risk children and their families, and youth sports.

## QUALIFICATIONS

### EDUCATION
- J.D., Southern Methodist University Dedman School of Law, 1985
- B.B.A., Southern Methodist University, 1982

### ADMISSIONS
- Texas

### COURT ADMISSIONS
- U.S. Court of Appeals for the Federal Circuit

https://www.haynesboone.com/people/anigian-richard
© 2022 Haynes and Boone, LLP

1

- U.S. Court of Appeals for the Fifth Circuit
- U.S. Court of Appeals for the Tenth Circuit
- U.S. District Court for the Eastern District of Texas
- U.S. District Court for the Northern District of Texas
- U.S. District Court for the Southern District of New York
- U.S. District Court for the Western District of Texas
- U.S. Tax Court

## PROFESSIONAL AFFILIATIONS AND ENGAGEMENTS

- College of the State Bar of Texas
- American Bar Association
- Dallas Bar Association
- SMU Alumni Association
- SMU Lettermen's Association
- Salesmanship Club of Dallas

## SELECTED CLIENT REPRESENTATIONS

- Defended major lender in multi-billion dollar lender liability and business torts action involving multiple billion dollar syndicated credit facilities.
- Defended start-up company and its founder involving claims of theft of trade secrets and violation of non-competition agreements.
- Defended various patent and trademark infringement cases involving treadmills and other exercise equipment.
- Defended and prosecuted breach of contract and breach of warranty claims involving software licenses and consulting services.
- Defended breach of warranty and deceptive trade practices class action dispute involving notebook computers.
- Represented an Asian computer manufacturer in multiple disputes involving product warranties, business torts and deceptive trade practice claims.
- Defended national real estate developer in dispute with partner involving the development of a regional shopping mall.
- Handled multi-jurisdictional disputes involving claims of breach of warranty, deceptive trade practices and other business torts.
- Defended partnership and its founding partners in dispute with minority partner involving fiduciary duty and fraud claims.
- Represented U.S. manufacturer in dispute with Australian dealer regarding termination of dealership.
- Prosecuted and defended numerous financial institutions in claims involving loans and other credit facilities.

## AWARDS AND RECOGNITION

- Recognized in *The Best Lawyers in America*, Woodward/White, Inc., for Commercial Litigation, 2012-2023

- Recognized in *Texas Super Lawyers*, Thomson Reuters, for Business Litigation, 2005, 2007-2013, 2016; Intellectual Property Litigation, 2013, 2016
- *Martindale Hubbell Law Directory* with a Peer Review Rating of AV Preeminent